IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:20-CV-47-D

VAMSI MOHAN NALLAPATI,          )
                               )
                Plaintiff,     )
                               )
        v.                     )          **ORDER**
                               )
JUSTH HOLDINGS, LLC,           )
                               )
                Defendant.     )

On February 6, 2020, Vamsi Mohan Nallapati ("Nallapati") filed a complaint against Justh Holdings, LLC ("Justh") seeking cancellation of three trademark registrations and declaratory and injunctive relief [D.E. 1]. On March 3, 2020, Justh moved to dismiss the complaint for lack of personal jurisdiction [D.E. 10] and filed documents in support [D.E. 11, 12]. On April 7, 2020, Nallapati responded [D.E. 18]. On April 21, 2020, Justh replied [D.E. 22]. On July 15, 2020, Nallapati moved to amend or correct the complaint [D.E. 26] and filed a memorandum in support [D.E. 27]. On August 3, 2020, Justh responded [D.E. 29]. On August 17, 2020, Nallapati replied [D.E. 30].

The court has considered Nallapati's motion to amend under the governing standard. See Fed. R. Civ. P. 15(a); Laber v. Harvey, 438 F.3d 404, 426–27 (4th Cir. 2006) (en banc). The court GRANTS Nallapati's motion to amend [D.E. 26]. Nallapati shall file the amended complaint not later than October 9, 2020. Accordingly, the court DISMISSES AS MOOT defendant's motion to dismiss the original complaint for lack of jurisdiction [D.E. 10]. Defendant can submit a motion to dismiss the amended complaint. Defendant's motion and brief are due on October 30, 2020. Any response in opposition and reply are due in accordance with this court's local rules.

SO ORDERED. This 7 day of October 2020.

JAMES C. DEVER III
United States District Judge