IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Action No. 5:20-cv-47-D

VAMSI M. NALLAPATI and IGM
SURFACES, LLC,

    Plaintiffs,

v.

JUSTH HOLDINGS, LLC, and HARI HARA
PRASAD NALLAPATY,

    Defendants,

v.

VAMSI M. NALLAPATI, VINAY
BHARADWAJ, ROHIT GANGWAL,
COSMOS GRANITE DALLAS, LLC,
COSMOS GRANITE CHARLOTTE, LLC,
and COSMOS GRANITE CHARLESTON,
LLC,

    Counter Defendants.

**ORDER**

This matter comes before the Court on Defendants' motion to seal Plaintiffs'/CounterDefendants' proposed sealed exhibit filed as Docket Entries 286, 289, and 290. On October 24, 2022, Plaintiffs filed a motion to supplement their Local Rule 56.1 Statement of Facts in opposition to Defendants' motion for summary judgment. Defendants have moved the Court to seal Docket Entries 286 and 289-290. Plaintiffs/CounterDefendants do not object. For the reasons set out in Defendants' motion and supporting memorandum, the Court GRANTS the

motion. IT IS ORDERED that Docket Entries 286, 289, and 290 shall be sealed until further order of the Court.

SO ORDERED. This the 6 day of ~~December, 2022~~ March, 2023.

_/s/ James C. Dever_
James C. Dever III
United States District Judge