IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Action No. 5:20-cv-47-D

| | |
|---|---|
| VAMSI M. NALLAPATI and IGM SURFACES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTH HOLDINGS, LLC, and HARI HARA PRASAD NALLAPATY,<br><br>Defendants,<br><br>v.<br><br>VAMSI M. NALLAPATI, VINAY BHARADWAJ, ROHIT GANGWAL, COSMOS GRANITE DALLAS, LLC, COSMOS GRANITE CHARLOTTE, LLC, and COSMOS GRANITE CHARLESTON, LLC,<br><br>Counter Defendants. | **ORDER** |

This matter comes before the Court on Defendants' motion to seal Plaintiffs'/CounterDefendants' proposed sealed exhibit filed as Docket Entry 301. Plaintiffs/CounterDefendants do not object. For the reasons set out in Defendants' motion and supporting memorandum, the Court GRANTS the motion. IT IS ORDERED that Docket Entry 301 shall be sealed until further order of the Court.

SO ORDERED. This the 6 day of ~~December, 2022~~ March, 2023.

James C. Dever III
United States District Judge